UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA PLUMMER,

        Petitioner,

                          CASE NO. 07-CV-13857
v.                        HONORABLE GEORGE CARAM STEEH

SUSAN DAVIS,

        Respondent.
_____/

## ORDER GRANTING PETITIONER'S MOTION TO AMEND

This matter is before the Court on Petitioner's motion to amend her habeas petition to add information to existing issues and to correct errors in her original pleadings. Respondent has not yet filed an answer to the petition. Under the Federal Rules of Civil Procedure, a party may amend his or her pleadings once as a matter of course at any time before a responsive pleading is served. *See* Fed. R. Civ. P. 15(a).[1] Since a responsive pleading has not yet been filed in this case, Petitioner has the right to amend the petition without seeking permission from the Court. Accordingly, Petitioner's motion is **GRANTED.** The amended information submitted with Petitioner's motion has been filed and shall be considered as part of the petition.

    **SO ORDERED**.

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

DATED: January 3, 2008

---

[1] Rule 15(a) applies to habeas corpus actions as it applies to other civil cases. *See* 28 U.S.C. § 2242 (habeas petitions "may be amended or supplemented as provided in the rules of procedure applicable to civil actions").