UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA PLUMMER,

        Petitioner,

                      CIVIL ACTION NO. 07-CV-13857
v.                    HONORABLE GEORGE CARAM STEEH

SUSAN DAVIS,

        Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION
## FOR APPOINTMENT OF COUNSEL

This matter is before the court on Petitioner's motion for appointment of counsel. Petitioner states that she is indigent and that her case involves meritorious but complex legal issues. Petitioner has submitted her habeas petition and supporting documents. Respondent has filed an answer to the petition, and Petitioner has recently filed a reply to that answer.

Petitioner has no absolute right to be represented by counsel on federal habeas corpus review. *See Abdur-Rahman v. Michigan Dept. of Corrections*, 65 F.3d 489, 492 (6th Cir. 1995); *see also Wright v. West*, 505 U.S. 277, 293 (1992) (citing *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987)). "'[A]ppointment of counsel in a civil case is . . . a matter within the discretion of the court. It is a privilege and not a right.'" *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987) (quoting *United States v. Madden*, 352 F.2d 792, 793 (9th Cir. 1965)). After undertaking a preliminary review of the pleadings, the Court concludes that neither an evidentiary hearing nor discovery are necessary at this time, and the interests of justice do not require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); 28 U.S.C. foll. § 2254, Rules 6(a) and 8(c).

Accordingly, the Court **DENIES** Petitioner's motion for appointment of counsel [Dkt. #3]. The Court will bear in mind Petitioner's request if, upon further review of the case, the Court determines that appointment of counsel is necessary. Petitioner need not file an additional motion concerning this issue.

**IT IS SO ORDERED.**

Dated: July 17, 2008

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 17, 2008, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---